UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH B. RAMIREZ,<br><br>        Petitioner,<br><br>    v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>        Respondent. | Case No. 22-cv-02758-KAW<br><br>**ORDER OF TRANSFER** |

In this federal habeas action, petitioner challenges a conviction and sentence he received in the Madera County Superior Court, which lies in the Eastern District. Accordingly, this action is TRANSFERRED to the Eastern District of California as that is the district of conviction. 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED**.

Dated: May 18, 2022

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge